United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 11-13976-amc
Donald Smith                                                   Chapter 13
Mary Pat Logan-Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 3              Date Rcvd: Aug 16, 2016
                              Form ID: 138NEW          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
```
db/jdb         +Donald Smith,    Mary Pat Logan-Smith,    1206 Allengrove Street,    Philadelphia, PA 19124-2904
12433723       +Alexandra Smith,    1206 Allengrove Street,    Philadelphia, PA 19124-2904
12433724       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
12452779      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA Card Services, NA as successor in interest to,
                 Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE 19886-5102)
12433726       +Barclay's Bank Of Delaware,     P.O. Box 8803,    Wilmington, DE 19899-8803
12916860       +Capital One, NA,    1 S Orange St,    Wilmington, DE 19801-5006
12433727       +Chase,   Cardmember Service,    P.O. Box 15298,    Wilmington, DE 19886-5298
12433728       +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
12478793        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12433729       +Christopher R. Smith,    1206 Allengrove Street,    Philadelphia, PA 19124-2904
12433731       +Citibank/Sears,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
12433732       +Citizen's Bank,    1 Citizen's Drive,    Riverside, RI 02915-3000
12433733       +City of Philadelphia,    Department Of Finance Code Unit,    P.O. Box 56318,
                 Philadelphia, PA 19130-6318
12433735       +DSNB/Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
12433734       +Dell Computer/WEB Bank,    P.O. Box 81577,    Austin, TX 78708-1577
12449874       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
12452528        Fifth Third Bank,    PO Box 829009,    Dallas, TX 75382-9009
12433736        Fifth Third Bank,    5050 Kingsley Drive,    Cinncinati, OH 45263
12433740       +HSBC/Best Buy,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12433743       +Lazy Boy/GEMB,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12451806       +NCO Financial Systems,Inc.,    PO BOX 4275,    Norcross,GA 30091-4275
12436587       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
12433744       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
12433745        PNC Bank,    P.O. Box 790091,    St. Louis, MO 63179
12433746       +PNC Bank Card Services,    One NCC Pwky, K-A16-2J,    Kalamazoo, MI 49009-8002
12447299       +Philadelphia Gas Works,    800 W Montgomery Ave, 3F,    Philadelphia, PA 19122-2898,
                 Attn: Bankruptcy Unit
12433750       +TNB-Visa,    C/O Bonded Collection Corporation,    P.O. Box 1022,    Wixom, MI 48393-1022
12433751       +Victoria A. Smith,    1206 Allengrove Street,    Philadelphia, PA 19124-2904
13307144        eCAST Settlement Corporation,    PO BOX 28136,    New York, NY 10087-8136
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncmail@w-legal.com Aug 17 2016 02:15:52      RICHARD S. RALSTON,
                 Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg             E-mail/Text: bankruptcy@phila.gov Aug 17 2016 02:16:25      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2016 02:15:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2016 02:16:05      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@bass-associates.com Aug 17 2016 02:14:36      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 02:12:18
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/Text: bnc@bass-associates.com Aug 17 2016 02:14:35      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12484403       +E-mail/Text: bncmail@w-legal.com Aug 17 2016 02:15:53      CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12521987        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:11:35
                 CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12664529       +E-mail/Text: bncmail@w-legal.com Aug 17 2016 02:15:53      Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13672748       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 17 2016 02:39:07      Capital One N. A.,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
12792603       +E-mail/Text: bnc@bass-associates.com Aug 17 2016 02:14:35      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712,
                 Telephone: (520)577-1544 (Servicer) 85712-1083
12433730       +E-mail/Text: legal@arsnational.com Aug 17 2016 02:14:57      Citi/CBSD NA,
                 C/O Associated Recovery Systems,    P.O. Box 469046,    Escondido, CA 92046-9046
12449645        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:12:12
                 Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                 Greenville, SC 29603-0390
12625877       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:12:12
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
12433737       +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2016 02:11:56      GEMB/JCP,    P.O. Box 981402,
                 El Paso, TX 79998-1402
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 3                  Date Rcvd: Aug 16, 2016
                               Form ID: 138NEW              Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12433738      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2016 02:11:19      GEMB/Paypal,    P.O. Box 981400,
               El Paso, TX 79998-1400
12433739      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2016 02:12:30      GEMB/Sleepy's,    P.O. Box 981439,
               El Paso, TX 79998-1439
12589361      +E-mail/Text: bnc@bass-associates.com Aug 17 2016 02:14:36      HSBC Bank Nevada, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
12433741      +E-mail/Text: bankruptcy@capitalone.com Aug 17 2016 02:16:46      ING Direct,
               600 West Germain Street, Ste. 200,    St. Cloud, MN 56301-3616
12433742      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 17 2016 02:14:45       Kohl's,   P.O. Box 3115,
               Milwaukee, WI 53201-3115
12716982      +E-mail/Text: bncmail@w-legal.com Aug 17 2016 02:15:52      Oak Harbor Capital III, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12508057       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 02:12:19
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12519433      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 02:27:57
               Portfolio Recovery Serv.,    PO BOX 12914,    Norfolk,VA 23541-0914
12433747      +E-mail/Text: bnc@alltran.com Aug 17 2016 02:14:41      Prism/Citibank,
               C/O United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
12433748      +E-mail/PDF: pa_dc_claims@navient.com Aug 17 2016 02:12:06      Sallie Mae,    11100 USA Parkway,
               Fishers, IN 46037-9203
12440835      +E-mail/Text: bncmail@w-legal.com Aug 17 2016 02:15:52      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12623469       E-mail/Text: bankruptcy@td.com Aug 17 2016 02:15:46      TD Bank N.A.,    Attn: Robin Paradis,
               P.O. Box 9547,    Portland, ME 04112-9547
12433749      +E-mail/Text: bankruptcy@td.com Aug 17 2016 02:15:46      TD Bank, NA,    Operations Center,
               P.O. Box 219,    Lewiston, ME 04243-0219
12451759       E-mail/Text: bncmail@w-legal.com Aug 17 2016 02:15:52      Target National Bank,
               c/oWeinstein&Riley,    PO  BOX  3978,    Seattle,WA 98124-3978
13033355      +E-mail/Text: bncmail@w-legal.com Aug 17 2016 02:16:04      Vanda, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +CANDICA, L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
cr*           CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
cr*          +Capital One N. A.,    c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr*          +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               GREENVILLE, SC 29602-0288
cr*          +Oak Harbor Capital III, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC.,     POB 41067,
               Norfolk, VA   23541)
cr*          +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*           eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
12570921*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
               Norfolk VA 23541)
12530790*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541)
12433725     ##+Bank of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 3 of 3                   Date Rcvd: Aug 16, 2016
                              Form ID: 138NEW             Total Noticed: 60
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
       ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       CHRISTOPHER MICHAEL MCMONAGLE    on behalf of Debtor Donald   Smith CMcMonagle@freedmanlorry.com,
        hbanks@freedmanlorry.com
       MICHAEL J. VENEZIANI    on behalf of Joint Debtor Mary Pat   Logan-Smith
        mveneziani@freedmanlorry.com,   hbanks@freedmanlorry.com
       MICHAEL J. VENEZIANI    on behalf of Plaintiff Donald   Smith mveneziani@freedmanlorry.com,
        hbanks@freedmanlorry.com
       MICHAEL J. VENEZIANI    on behalf of Plaintiff Mary Pat   Logan-Smith mveneziani@freedmanlorry.com,
        hbanks@freedmanlorry.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Donald Smith and Mary Pat Logan−Smith

        Debtor(s)                             Bankruptcy No: 11−13976−amc

                                         Chapter: 13

_____

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                   For The Court

                                                   Timothy B. McGrath
                                                   Clerk of Court

Dated: 8/16/16