United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donald Smith
Mary Pat Logan-Smith
    Debtors

Case No. 11-13976-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Sep 23, 2016
                      Form ID: 195       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.
db/jdb         +Donald Smith,    Mary Pat Logan-Smith,    1206 Allengrove Street,    Philadelphia, PA 19124-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         CHRISTOPHER MICHAEL MCMONAGLE    on behalf of Debtor Donald  Smith CMcMonagle@freedmanlorry.com, hbanks@freedmanlorry.com
         MICHAEL J. VENEZIANI    on behalf of Joint Debtor Mary Pat  Logan-Smith mveneziani@freedmanlorry.com, hbanks@freedmanlorry.com
         MICHAEL J. VENEZIANI    on behalf of Plaintiff Donald  Smith mveneziani@freedmanlorry.com, hbanks@freedmanlorry.com
         MICHAEL J. VENEZIANI    on behalf of Plaintiff Mary Pat  Logan-Smith mveneziani@freedmanlorry.com, hbanks@freedmanlorry.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                               TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                                          : Chapter 13

Donald Smith and Mary Pat Logan−Smith                                 : Case No. 11−13976−amc
      Debtor(s)

## ORDER
_____

    AND NOW, this day , 23rd day of September, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

79
Form 195