IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Donald Smith,<br>Mary Pat Logan-Smith,<br>aka Mary Pat R. Logan-Smith<br>aka Mary Patricia R Logan-Smith,<br><br>　　　Debtors. | Bankruptcy No. 11-13976-amc<br><br>Chapter 13<br><br>Doc. No.  1-1 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 1-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 1-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 1-1 on the Claims Register forthwith. ~~and replace the incorrectly redacted documents with the redacted documents provided.~~

3. PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above on or before August 31, 2020.

Date: August 14, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ASHELY M. CHAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE