United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donald Smith  
Mary Pat Logan-Smith  
    Debtors

Case No. 11-13976-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2  User: Antoinett  Page 1 of 1  Date Rcvd: Aug 14, 2020  
Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2020.
db/jdb          +Donald Smith,   Mary Pat Logan-Smith,   1206 Allengrove Street,   Philadelphia, PA 19124-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor   Capital One, N.A. agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      CHARLES GRIFFIN WOHLRAB    on behalf of Creditor   PNC BANK NA cwohlrab@rascrane.com
      CHRISTOPHER M. MCMONAGLE    on behalf of Debtor Donald  Smith cmcmonagle@sterneisenberg.com,
       bkecf@sterneisenberg.com
      HAROLD N. KAPLAN    on behalf of Creditor   PNC BANK NA hkaplan@rasnj.com
      MICHAEL J. VENEZIANI    on behalf of Plaintiff Donald  Smith mveneziani@freedmanlorry.com,
       hbanks@freedmanlorry.com
      MICHAEL J. VENEZIANI    on behalf of Plaintiff Mary Pat  Logan-Smith mveneziani@freedmanlorry.com,
       hbanks@freedmanlorry.com
      MICHAEL J. VENEZIANI    on behalf of Joint Debtor Mary Pat  Logan-Smith
       mveneziani@freedmanlorry.com,   hbanks@freedmanlorry.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                         TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Donald Smith,<br>Mary Pat Logan-Smith<br>aka Mary Pat R. Logan-Smith<br>aka Mary Patricia R Logan-Smith,<br><br>    Debtors. | Bankruptcy No. 11-13976-amc<br><br>Chapter 13<br><br>Doc. No.  1-1 |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 1-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 1-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 1-1 on the Claims Register forthwith. ~~and replace the incorrectly redacted documents with the remediated documents provided.~~

  3.  PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above on or before August 31, 2020.

**Date: August 14, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE